## Clever's Estate.   Clever's Appeal.

*Practice—Supreme Court—Failure to print record—Partition.*
On an appeal from a decree in partition where appellant's paper book contains none of the documentary evidence necessary to an understanding of the case, the appeal will be dismissed.

Argued Nov. 8, 1892.   Appeal, No. 269, Oct. T., 1892, by Robert F. Clever, from decree of O. C. Allegheny Co., March T., 1891, No. 3, in partition.   Before PAXSON, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL and HEYDRICK, JJ.

Petition for partition of real estate of David K. Clever, deceased.

Appellant's paper book did not contain the petition or any of the papers connected with the proceedings, except an oil lease on the property, the decrees and exceptions thereto and abstracts of the petition and answer.

*Errors assigned* were dismissal of exceptions, etc.

*Thomas M. Marshall, Robert F. Clever* with him, for appellant.

*A. B. Stevenson, James McLaren* with him, for appellees.

PER CURIAM, January 3, 1893 :
If there is anything wrong in this case we have nothing to correct it by.   The appellant's paper-book contains none of the documentary evidence necessary to an understanding of the case.   All that we have is a copy of the oil and gas lease, made by D. K. Clever to J. M. Guffey and J. H. Galey.   None of

the papers connected with the proceedings in partition is before us.

The decree is affirmed, and the appeal dismissed at the costs of the appellant.